UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KITTY N. HARDING, | ) |
| | ) CASE NO. C13-5915-RAJ-MAT |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) REPORT AND RECOMMENDATION |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) |
| | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

Plaintiff filed a motion to proceed *in forma pauperis* (IFP) in this civil matter. (Dkt. 1.) However, she failed to sign the Declaration and the Written Consent for Payment of Costs form. By Order dated October 18, 2013, the Court directed plaintiff to return a completed form, fully signed and dated, within **twenty (20) days** of the date of the Order. (Dkt. 2.) The Court observed that failure to comply with the Court's directive in a timely manner may result in denial of plaintiff's motion to proceed IFP.

To date, the Court has not received a completed IFP application from plaintiff. Accordingly, the Court recommends that plaintiff's motion to proceed IFP (Dkt. 1) be

REPORT AND RECOMMENDATION
PAGE -1

DENIED. This action should proceed only if plaintiff pays the $400 filing fee within **thirty (30) days** of the date of this Order. If no filing fee is paid within thirty days of the Court's Order, the Clerk should be directed to close the file.

DATED this 17th day of December, 2013.

Mary Alice Theiler
Chief United States Magistrate Judge

REPORT AND RECOMMENDATION
PAGE -2