UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KITTY N. HARDING,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN, in her capacity as Acting Commissioner of Social Security,<br><br>    Defendant. | CASE NO. C13-5915RAJ<br><br>ORDER |

The court has reviewed the Report and Recommendation ("R&R") of the Honorable Mary Alice Theiler, United States Magistrate Judge. Plaintiff did not properly complete her application to proceed in forma pauperis, and did not correct her omission when Judge Theiler gave her an opportunity to do so. Plaintiff has not paid a filing fee in the more than 30 days that have passed since Judge Theiler issued the Report and Recommendation. The court therefore ADOPTS the R&R (Dkt. # 4) and directs the clerk to dismiss this case without prejudice.

DATED this 22nd day of January, 2014.

                                    /s/ Richard A. Jones
                                  The Honorable Richard A. Jones
                                  United States District Court Judge

ORDER – 1